

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| YING KAI CHEN | : | DOCKET NO. 6:08-cv-1191 |
| | | Section P |
| VS. | : | JUDGE MELANÇON |
| MICHAEL B. MUKASEY, ET AL. | : | MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No objections have been filed. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that the Respondents' "Motion to Dismiss" [doc. 7] is **GRANTED** and accordingly, this petition is **DENIED AND DISMISSED WITH PREJUDICE** as moot.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of November, 2008.

TUCKER L. MELANÇON
UNITED STATES DISTRICT JUDGE